UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>   Plaintiff,<br>   v.<br>RUSSELL ALLEN LYLES,<br>   Defendant. | Case No. 17-cr-00533-EMC-3<br><br>**ORDER RE CONTRIBUTION TO COST OF COURT-APPOINTED COUNSEL** |

Russel Allen Lyles is a Defendant in this criminal matter. The Court has found Defendant eligible for appointment of counsel under the Criminal Justice Act, 18 U.S.C. Section 3006(A), and has further found that Defendant is financially able to make partial payment for the representation.

IT IS HEREBY ORDERED:

The attorney listed below is hereby appointed to represent Mr. Lyles in this matter:

> Michael Clough
>
> Law Offices of Michael Clough
> 6114 LaSalle Avenue #833
> Oakland, California 94611
> Phone: 650-274-7764
> Email: cloughlawoffices@gmail.com

Defendant will pay $200 per month towards the cost of representation beginning July 1, 2020 and the same day each month thereafter, until the case is concluded or until further order of Court.

The check should be made payable to "Clerk, United States District Court" and mailed to: United States District Court, Attn: Clerk's Office, 450 Golden Gate Avenue, San Francisco, CA 94102; the above case number should be written on the memo line of the check.

When the case is concluded, the Court will hold a hearing to determine whether defendant will be required to reimburse the Court for additional costs of the court-appointed legal representation herein.

**IT IS SO ORDERED**.

Dated: May 28, 2020

_____
EDWARD M. CHEN
United States District Judge